IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTINE CURRY,

      *Plaintiff*,

vs.

VIA CHRISTI HOPSITALS
WICHITA, INC.,

      *Defendant.*

Case No. 16-1270-EFM

## ORDER

This matter is before the Court on Magistrate Judge Kenneth G. Gale's Report and Recommendation (Doc. 6) that the Plaintiff's Motion for IFP status be denied, and that Plaintiff's Complaint be dismissed with prejudice for failure to state a claim.

A copy of the Report and Recommendations was mailed to the Plaintiff, via certified mail, at the address of record.  Plaintiff was advised she was to file written objections to the proposed recommendation within fourteen (14) days after service of the recommendation.  The certified mail receipt was returned to the Court as unclaimed.  Thus, no objections having been filed, this Court accepts the recommended decision of the Magistrate Judge and adopts it as its own.

**IT IS THEREFORE ORDERED**, that Plaintiff's Motion for IFP status, Doc. 3, is hereby DENIED.

**IT IS FURTHER ORDERED**, that the Report and Recommendations issued by Magistrate Judge Kenneth G. Gale, Doc. 6, is adopted by this Court as its own and this case is DISMISSED.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2016 in Wichita, Kansas.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE